UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY B. GARNIER,

    Petitioner,

  v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C06-5285RBL

ORDER DIRECTING AN ANSWER

    The petitioner in this action is seeking federal habeas corpus relief pursuant to both 28 U.S.C. § 2254 and 28 U.S.C. § 2241.  This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4.

    Before the court is a letter from the Washington State Attorney General's Office asking the court to sua sponte dismiss this action.  (Dkt. # 16) Counsel indicates the petition deals with a condition of confinement, "air quality", and should be filed as a Civil Rights action.  (Dkt. # 16). Accordingly counsel asks the court to dismiss the petition "sua sponte."

    While the court agrees that petitioner is attempting to challenge air quality, a condition of

ORDER - 1

1 confinement, petitioner has included two grounds for review in his petition. (Dkt. # 6). In the first
2 ground he alleges ineffective assistance of counsel and is challenging his conviction. The second
3 ground, air quality at a facility, is an issue that respondent can address in a motion or answer to the
4 petition. The court declines to recommend dismissal sua sponte.

5 The clerk's Office is directed to send a copy of this order to petitioner and respondents
6 counsel.

7 DATED this 18th, day of September, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 2