UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY B. GARNIER,

      Petitioner,

    v.

MAGGIE MILLER-STOUT,

      Respondent.

Case No. C06-5285RBL

ORDER DENYING PETITIONER'S
MOTION FOR DISCOVERY

The petitioner in this action is seeking federal habeas corpus relief pursuant to both 28 U.S.C.
§ 2254 and 28 U.S.C. § 2241.  This case has been referred to the undersigned Magistrate Judge
pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules
MJR 3 and MJR 4.

Before the court is petitioner's "Motion for Discovery."  (Dkt. # 17).  The petitioner does
not indicate what discovery he is seeking or show that discovery is needed in this action.  The motion
is **DENIED**.

The clerk's Office is directed to send a copy of this order to petitioner and respondents
counsel.

DATED this 18th, day of September, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 1