UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY GARNIER,

    Petitioner,

  v.

MAGGIE MILLER-STOUT,

    Respondents.

Case No. C06-5285RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The petition is **DISMISSED BASED ON LACK OF SUBJECT MATTER JURISDICTION AND BASED ON THE DOCTRINE OF RES JUDICATA.**

(3)    The clerk is directed to send copies of this Order to Petitioner, counsel for respondent, and to the Hon. J. Kelley Arnold.

DATED this 21st day of November, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1